B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re  **Ronald E. Massie**
**Margaret M. Massie**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ruth Jones** **75 Beacon Hill Road** **New Caanan, CT 06804** | **Ruth Jones** **75 Beacon Hill Road** **New Caanan, CT 06804** | **451 Mansfield Avenue** **Darien, CT  06820** | **Disputed** | **1,100,000.00 (3,300,000.00 secured) (3,825,108.46 senior lien)** |
| **Puerto Rico Telephone Company** **1515 FD Roosevelt Avenue** **Guaynabo, PR 00968** | **Puerto Rico Telephone Company** **1515 FD Roosevelt Avenue** **Guaynabo, PR 00968** | **Other Debt** | | **1,000,000.00** |
| **Cortelco** **P.O. Box 7076** **Caguas, PR 00726** | **Cortelco** **P.O. Box 7076** **Caguas, PR 00726** | **Other Debt** | | **850,000.00** |
| **Wells Fargo Bank** **1 Home Campus** **Des Moines, IA 50328** | **Wells Fargo Bank** **1 Home Campus** **Des Moines, IA 50328** | **451 Mansfield Avenue** **Darien, CT  06820** | **Disputed** | **3,825,108.46** **(3,300,000.00 secured)** |
| **Internal Revenue Service** **P.O. Box 21126** **Philadelphia, PA 19114** | **Internal Revenue Service** **P.O. Box 21126** **Philadelphia, PA 19114** | **451 Mansfield Avenue** **Darien, CT  06820** | | **500,000.00 (3,300,000.00 secured) (4,925,108.46 senior lien)** |
| **New York State Dept. of Tax and Finance** **Bankruptcy Section** **P.O. Box 5300** **Albany, NY 12205** | **New York State Dept. of Tax and Finance** **Bankruptcy Section** **P.O. Box 5300** **Albany, NY 12205** | **Income Taxes** | | **263,183.54** |
| **Gary Schultz** **2045 Stephen Court** **Carson City, NV 89703** | **Gary Schultz** **2045 Stephen Court** **Carson City, NV 89703** | **Other Debt** | | **200,000.00** |
| **American Express** **P.O. Box 1270** **Newark, NJ 07101** | **American Express** **P.O. Box 1270** **Newark, NJ 07101** | **Merchandise/goods/services/balance transfers** | | **195,243.30** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ronald E. Massie**
       **Margaret M. Massie**
                                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Cole Raywid & Braverman, LLP**<br>**1919 Pennsylvania Avenue NW**<br>**Sutie 200**<br>**Washington, DC 20006-3402** | **Cole Raywid & Braverman, LLP**<br>**1919 Pennsylvania Avenue NW**<br>**Sutie 200**<br>**Washington, DC 20006-3402** | **Services** | | 175,000.00 |
| **Lisa Lavasch**<br>**48 Carter Street**<br>**New Canaan, CT 06840** | **Lisa Lavasch**<br>**48 Carter Street**<br>**New Canaan, CT 06840** | **Other Debt** | | 146,665.00 |
| **Putnam Leasing**<br>**300 Main Street**<br>**Stamford, CT 06901** | **Putnam Leasing**<br>**300 Main Street**<br>**Stamford, CT 06901** | **Other Debt** | | 132,195.24 |
| **Citibank Visa**<br>**P.O. Box 183051**<br>**Columbus, OH 43218** | **Citibank Visa**<br>**P.O. Box 183051**<br>**Columbus, OH 43218** | **Merchandise/goods/services/balance transfers** | | 102,576.71 |
| **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101** | **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101** | **Merchandise/goods/services/balance transfers** | | 101,142.43 |
| **Michael Gottesman**<br>**477 Madison Avenue**<br>**New york, NY 10022** | **Michael Gottesman**<br>**477 Madison Avenue**<br>**New york, NY 10022** | **Services** | | 55,647.00 |
| **Scotia Bank de Puerto Rico**<br>**273 Ponce De Leon Avenue**<br>**San Juan, PR 00901** | **Scotia Bank de Puerto Rico**<br>**273 Ponce De Leon Avenue**<br>**San Juan, PR 00901** | **Other Debt** | | 55,000.00 |
| **Darien Tax Collector**<br>**2 Renshaw Road**<br>**Darien, CT 06820** | **Darien Tax Collector**<br>**2 Renshaw Road**<br>**Darien, CT 06820** | **Property Taxes** | | 54,714.47 |
| **Town of Darien**<br>**2 Renshaw Road**<br>**Darien, CT 06820** | **Town of Darien**<br>**2 Renshaw Road**<br>**Darien, CT 06820** | **Tax Lien** | | 54,714.47 |
| **MGC Mortgage Company**<br>**P.O. Box 986**<br>**Newark, NJ 07148** | **MGC Mortgage Company**<br>**P.O. Box 986**<br>**Newark, NJ 07148** | **Other Debt** | | 53,514.00 |
| **Citibank**<br>**P.O. Box 183051**<br>**Columbus, OH 43218** | **Citibank**<br>**P.O. Box 183051**<br>**Columbus, OH 43218** | **Merchandise/goods/services/balance transfers** | | 41,118.53 |
| **Stephen Curley**<br>**733 Summer Street**<br>**Stamford, CT 06901** | **Stephen Curley**<br>**733 Summer Street**<br>**Stamford, CT 06901** | **Services** | | 40,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ronald E. Massie**
**Margaret M. Massie**
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Ronald E. Massie** and **Margaret M. Massie**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **April 16, 2014**   Signature  **/s/ Ronald E. Massie**
**Ronald E. Massie**
Debtor

Date  **April 16, 2014**   Signature  **/s/ Margaret M. Massie**
**Margaret M. Massie**
Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.